1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JANE DOE, a minor by and through her
parent and Guardian ad Litem, S. Ringer, and
JOHN DOE, a minor, by and through his
parent and Guardian ad Litem, A. Valdenegro,

        Plaintiffs,

  v.

LAKEPORT UNIFIED SCHOOL DISTRICT;
KELSEYVILLE UNIFIED SCHOOL
DISTRICT; and DOES 1 through 50,
inclusive,

        Defendants.

_____/

No. C 18-06211 WHA

**ORDER TO SHOW CAUSE**

On November 7, a notice issued to the parties that a specific court order is required each time a party seeks to redact personal information. Plaintiffs were accordingly given until Noon on November 15 to either request to proceed under pseudonym or re-file the complaint using their full names (Dkt. No. 30). They did neither. Plaintiffs shall either request to proceed under pseudonym or re-file the complaint using their full names and **SHOW CAUSE** why the complaint should not be dismissed by **NOVEMBER 26, 2018** at **NOON**. If they fail to do so, the complaint will be dismissed.

      **IT IS SO ORDERED.**

Dated: November 20, 2018.

                        _____
                        WILLIAM ALSUP
                        UNITED STATES DISTRICT JUDGE