IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.R., a minor, by and through her parent and Guardian ad Litem, S. Ringer, and O.G., a minor, by and through his parent and Guardian ad Litem, A. Valdenegro,<br><br>  Plaintiffs,<br><br>  v.<br><br>LAKEPORT UNIFIED SCHOOL DISTRICT; KELSEYVILLE UNIFIED SCHOOL DISTRICT; and DOES 1 through 50, inclusive,<br><br>  Defendants. | No. C 18-06211 WHA<br><br>**REQUEST FOR SUPPLEMENTAL BRIEFING** |

Defendant Lakeport Unified School District filed a motion to stay all of plaintiffs' claims pending the California Supreme Court's decision in *Big Oak Flat-Groveland Unified School District v. Superior Court*, 21 Cal. App. 5th 403 (2018), *cert. granted*, 419 P.3d 534 (June 13, 2018) (No. S247975). By **DECEMBER 17 AT NOON**, defendant Kelseyville Unified School District shall brief its position regarding whether a stay should issue pending the California Supreme Court's decision in *Big Oak*. Supplemental briefing shall not exceed **FIVE PAGES.**

**IT IS SO ORDERED.**

Dated: December 12, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE